**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOUSE OF FREEDOM,**

          **Plaintiff,**

-vs-                               **Case No. 6:05-cv-914-Orl-28KRS**

**PHILADELPHIA INDEMNITY**
**INSURANCE COMPANY,**

          **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Dismiss and/or in the Alternative, Motion for More Definite Statement (Doc. 3, filed June 17, 2005).  Plaintiff has not timely filed a response.  Defendant's Motion to Dismiss is **GRANTED** and Defendant's Alternative Motion for a More Definite Statement is **DENIED as moot**. Plaintiff's Complaint is **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _11_ day of July, 2005.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party